# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MERCEDES TORRES TORRES

Bkrtcy. No. 10-02682-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 01, 2010
Meeting Date: May 06, 2010
DC Track No. 19

Days from petition date: 35
Meeting Time: 1:00 PM

910 Days before Petition: 10/4/2007
☐ Chapter 13 Plan Date: Apr 01, 2010 Dkt.# 2
☐ Amended.

This is debtor(s) (1) (1995) Bankruptcy petition.
Plan Base: $15,480.00

This is the ___ Scheduled Meeting
Confirmation Hearing Date: Jun 01, 2010
Time: 8:30 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. ___ Date ___ Amount ___
Total Paid In: $0.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☑ Creditor(s) present: ☐ None.
Treasury - Arroyo

☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $2,500.00   Paid Pre-Petition: $0.00   Outstanding: $2,500.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.
Liquidation Value: $27,929.00
Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A

The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: Social security recipient since 1962.

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]   (3)
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☑ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
(1) Must make payment in the next 10 days or MTD will be filed.
(2) Mailing address must be amended and notify all parties in interest.
(3) Debtor must review other provisions in plan, no evidence of co-debtor.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: May 06, 2010