IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

MERCEDES TORRES TORRES

Debtor(s)

Case No. 10-02682 SEK

Chapter 13

## MOTION FOR EXTENSION OF TIME TO ANSWER

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. Debtor filed his case on April 1, 2010 with a plan payment of $258.00 per month. Only one (1) payment to the plan has been made and there are six (6) in arrears, equivalent to 1,548.00.

2. We have scheduled a meeting with debtor for November 12, 2010 discuss the alternatives in her case because she could find transportation to come to our office at an earlier date (she is 81 years old). Motion for dismissal is due on November 13, 2010. We are afraid of not having enough time to discuss the case and provide a timely answer. Therefore we are requesting an extension of ten (10) days in order to reply.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and grant the extension of time to answer motion for dismissal.

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing was filed using the CM/ECF system which will send notification to creditors and the trustee.

In Vega Baja, November 11, 2010.

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476