UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **MERCEDES TORRES TORRES**

BK. CASE # 10-02682  **SEK**

carr 160 Km 8 Almirante Sur, Vega Baja PR 00693

CHAPTER 13

DEBTOR(S) SSN: XXX-XX-8966   SSN: XXX-XX-

## CHAPTER 13 PAYMENT PLAN
3RD FILED PLAN   *2nd Amended*

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [X] directly  [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[X] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: _____
[ ] PRE  [X] POST-CONFIRMATION

[X] AMENDED PLAN DATED: 12/1/2010
FILED BY [X] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | Payment | x | Months | = | Total |
|---|---|---|---|---|---|
| $ | 258.00 | x | 1 | = | $ 258.00 |
| $ | 0.00 | x | 6 | = | $ 0.00 |
| $ | 288.00 | x | 53 | = | $ 15,264.00 |
| $ | | x | | = | $ |
| $ | | x | | = | $ |
| | TOTAL = | | 60 | $ | 15,522.00 |

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows: _____
[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$_____ x _____ = $_____
To be made on: _____

**PROPOSED PLAN BASE: $ 15,522.00**

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 2,500.00
b. Fees Paid (Pre-Petition): ($ 0.00 )
c. R 2016 Outstanding balance: $ 2,500.00
d. Post Petition Additional Fees: $ _____
e. Total Compensation: $ 2,500.00

Signed: /s/ MERCEDES TORRES TORRES
DEBTOR
/s/
JOINT DEBTOR
/s/ *JUAN O. CALDERON LITHGOW*
BY: ATTORNEY

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [X] Debtor represents that there are no secured claims.
Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

2. [ ] Trustee will pay secured **ARREARS**:
   Cr. _____ Cr. _____ Cr. _____
   Acct. _____ Acct. _____ Acct. _____
   $ _____ $ _____ $ _____

3. [ ] Trustee will pay **REGULAR MONTHLY PAYMENTS**:
   Cr. _____ Cr. _____ Cr. _____
   Acct. _____ Acct. _____ Acct. _____
   Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

4. [ ] Trustee will pay **IN FULL** Secured Claims:
   Cr. _____ Cr. _____ Cr. _____
   $ _____ $ _____ $ _____

5. [ ] Trustee will pay **VALUE OF COLLATERAL**:
   Cr. _____ Cr. _____ Cr. _____
   $ _____ $ _____ $ _____

6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
   Cr. _____ Ins. Co. _____ Premium: $ _____
   (Please indicate in "Other Provisions" the insurance coverage period)

7. [ ] Debtor SURRENDERS COLLATERAL TO Lien Holder: _____

8. [ ] Debtor will maintain REGULAR PAYMENTS DIRECTLY to: _____

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[ ]

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [X] Does not Classify Claims.
[ ] Class A-  [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead". _____
[ ] Class B-  [ ] Other Class: _____
[ ] Cr. _____ [ ] Cr. _____ [ ] Cr. _____
$ _____ $ _____ $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus ____ % Legal Interest  [X] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

No especial provision for tax refunds. Debtor receives only social security income and does not pay taxes

ATTORNEY FOR DEBTOR~ **Juan O. Calderon-Lithgow**   P.O. Box 1710, Vega Baja, PR 00694   Phone: **787-858-5476**