IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>MERCEDES TORRES TORRES<br><br><br>XXX-XX-8966<br><br><br><br>Debtor(s) | CASE NO. 10-02682SEK<br>Chapter 13<br><br><br><br>FILED & ENTERED ON 12/07/2010 |
|---|---|

**O R D E R**

The Debtor's Motion to Amend Post Confirmation Plan filed on 12/01/2010 is denied for not complying with Local Bankruptcy Rule 3015-2.

San Juan, Puerto Rico, this 7th day of December, 2010.

Sara E. De Jesús Kellogg
U.S. Bankruptcy Judge